No. 459, Misc. WEEMS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 460, Misc. BOVE *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 462, Misc. HULL *v.* BANNAN, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 463, Misc. BROWN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *J. B. Hodges* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.

No. 467, Misc. WHALEN *v.* KRUEGER, WARDEN, ET AL. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 468, Misc. HOLT *v.* PEPERSACK, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 469, Misc. UNITED STATES EX REL. GENTNER *v.* MARTIN, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 470, Misc. GRAY *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.